RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Defender
411 E. Bonneville Avenue
Las Vegas, Nevada 89501
(702) 388-6577/Phone
Sylvia_Irvin@fd.org

Attorney for JOHN DINGMORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DINGMORE,<br><br>Defendant. | Case Nos. 3:08-cr-0028-MMD-WGC<br>2:18-cr-0111-JCM-GWF<br><br>**UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

The Defendant John Dingmore, through his attorney, Assistant Federal Defender Sylvia A. Irvin, Assistant Federal Public Defender, files this Unopposed Motion to Modify Conditions of Release to include an alternative release condition. In support of this Motion, undersigned counsel states:

1. A Petition was filed in the above-referenced cases alleging that Mr. Dingmore violated his conditions of supervised release by failing to timely return to the RRC after being granted a movement pass on August 21, 2018. The parties agree that Mr. Dingmore was at University Medical Center (UMC) on August 21, 2018, however it is presently unclear how long Mr. Dingmore continued as a patient at UMC and for what medical purposes.

2. On September 5, 2018, Mr. Dingmore appeared before the Magistrate Court on the Petitions. On the issue of release, counsel for the Government and defense counsel asked the Court to allow Mr. Dingmore to be held in custody overnight and then released on

September 6, 2018. Counsel expressed concerned because Mr. Dingmore is homeless and is suffering from medical and mental health issues. The Court agreed and granted Mr. Dingmore's release on September 6, 2018, so that he can seek readmission to UMC. Case No. 3:08-cr-0028-MMD, ECF No. 59 and 2:18-cr-0111-JCM-GWF, ECF No. 40.

3.  Following the hearing, defense counsel discussed Mr. Dingmore's release conditions with the United States Probation Office. There is a concern that Mr. Dingmore will not have a place to stay if he isn't readmitted to UMC on September 6, 2018. Because of this concern, counsel asks this Court to include an alternative release condition.

4.  Specifically, should Mr. Dingmore not be readmitted as an inpatient at UMC or Southern Nevada Adult Mental Health (SNAMH), the parties jointly request a modification of his release conditions requiring him to reside at the RRC pending his revocation proceedings. U.S. Probation has confirmed that a bed is available at the RRC for Mr. Dingmore in the event he is not readmitted to UMC on September 6, 2018.

5.  Defense counsel conferred with AUSA Dan Cowhig and he agrees to the relief sought in this motion.

6.  Defense counsel conferred with U.S. Supervising Probation Officer Todd Fredlund. He proposed this alternative solution and agrees with the relief sought in this Motion.

7.  Counsel attach a proposed order for the Court's review.

DATED this 6th day of September, 2018.

        RENE L. VALLADARES  
        Federal Public Defender

By: */s/ Sylvia A. Irvin*  
     SYLVIA A. IRVIN  
     Assistant Federal Public Defender  
     Counsel for Mr. Dingmore

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on September 6, 2018, she served an electronic copy of the above and foregoing **Unopposed Motion to Modify Release Conditions** by electronic service (ECF) to the person named below:

>       DAYLE ELIESON
>       United States Attorney
>       DAN COWHIG
>       Assistant United States Attorney
>       501 Las Vegas Blvd. South
>       Suite 1100
>       Las Vegas, NV 89101

*Felicia Darensbourg*
Legal Assistant

3

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DINGMORE,<br><br>Defendant. | Case Nos. 3:08-cr-0028-MMD-WGC<br>2:18-cr-0111-JCM-GWF<br><br>**ORDER ON UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** |

This Court has considered the Unopposed Motion to Modify Conditions of Release and grants the parties' joint request to modify the release conditions.

**IT IS ORDERED** that should the Defendant John Dingmore not be readmitted as an inpatient at University Medical Center (UMC) or Southern Nevada Adult Mental Health (SNAMH) on September 6, 2018, that Mr. Dingmore shall be ordered to reside at the Las Vegas RRC pending his final revocation hearing.

DATED this 6th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE